**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 12, 2019.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-19-00132-CV

---

**NINEMARK, LLC, Appellant**

**V.**

**MICHAEL ROUNTREE, ROUNTREE ENTERTAINMENT, INC., AND ROUNTREE APPLIANCE, INC., Appellees**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-53943**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed January 11, 2019. On March 4, 2019, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant.